IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Poole, Brian K

Printed: 4/15/08

Case Number: 06 B 14414
Judge: Hollis, Pamela S
Filed: 11/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 3, 2008
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,862.00 |  |
| Secured: |  | 13,546.03 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,453.87 |
| Trustee Fee: |  | 862.10 |
| Other Funds: |  | 0.00 |
| Totals: | 16,862.00 | 16,862.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert V Schaller | Administrative | 2,584.00 | 2,453.87 |
| 2. | America's Servicing Co | Secured | 1,129.41 | 990.04 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 14,533.08 | 12,555.99 |
| 5. | America's Servicing Co | Secured | 1,185.76 | 0.00 |
| 6. | America's Servicing Co | Secured | 28,123.92 | 0.00 |
| 7. | Internal Revenue Service | Priority | 40,154.45 | 0.00 |
| 8. | Capital One | Unsecured | 258.03 | 0.00 |
| 9. | JP Morgan Chase Bank | Unsecured | 2,994.32 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 2,523.21 | 0.00 |
| 11. | Aspire Visa | Unsecured | 3,145.41 | 0.00 |
| 12. | Cook County Treasurer | Secured |  | No Claim Filed |
| 13. | Internal Revenue Service | Priority |  | No Claim Filed |
| 14. | Kelly Cunningham | Priority |  | No Claim Filed |
| 15. | Jeffrey Leving | Unsecured |  | No Claim Filed |
| 16. | Fleet Credit Card Service | Unsecured |  | No Claim Filed |
| 17. | Citibank | Unsecured |  | No Claim Filed |
| 18. | Nicor Gas | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | Providian Financial | Unsecured |  | No Claim Filed |
| 21. | SBC | Unsecured |  | No Claim Filed |
| 22. | Sprint | Unsecured |  | No Claim Filed |
| 23. | First Deposit Select Bank | Unsecured |  | No Claim Filed |
| 24. | Nicor Gas | Unsecured |  | No Claim Filed |
| 25. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Poole, Brian K | Case Number: 06 B 14414 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 4/15/08 | Filed: 11/5/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Chase | Unsecured | | No Claim Filed |
| 27. | Citibank | Unsecured | | No Claim Filed |
| 28. | Chase Manhattan | Unsecured | | No Claim Filed |
| 29. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 30. | Capital One | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Applied Card Services | Unsecured | | No Claim Filed |
| 33. | Karen S. Quandt | Unsecured | | No Claim Filed |
| 34. | West Asset Management | Unsecured | | No Claim Filed |
| 35. | Karen S. Quandt | Unsecured | | No Claim Filed |
| 36. | Wow Internet | Unsecured | | No Claim Filed |
| 37. | Columbus Bank & Trust | Unsecured | | No Claim Filed |

$ 96,631.59           $ 15,999.90

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 387.51 |
| 5.4% | 474.59 |

$ 862.10

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____